PSATY BROS., INC., *ET ALS.*, PLAINTIFFS-PETITIONERS, v. B. J. LUCARELLI & CO., INC., *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Kasen, Schnitzer & Kasen* and *Mr. Waldron Kraemer,* for the petitioner.

*Messrs. Riker, Danzig, Scherer & Brown,* for the respondents.

May 4, 1966. Denied.

ELAINE ELLIS, PETITIONER-RESPONDENT, v. CITY OF CAMDEN, RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Joseph M. Nardi, Jr.* and *Mr. Edward J. MacDonald,* for the petitioner.

*Mr. Joseph Asbell,* for the respondent.

May 3, 1966. Denied.

ESTELLE G. JACOBS, PLAINTIFF-PETITIONER, v. BENJAMIN J. JACOBS, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Shanley & Fisher,* for the petitioner.

*Messrs. Riker, Danzig, Scherer & Brown,* for the respondent.

May 4, 1966. Granted.